**EXHIBIT A**

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 3,071,071
Registered Mar. 21, 2006

## TRADEMARK
PRINCIPAL REGISTER

# TACORI

TACORI ENTERPRISES (CALIFORNIA CORPORATION)
1736 GARDENA AVENUE
GLENDALE, CA 91204

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-30-1989; IN COMMERCE 1-30-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-600,488, FILED 4-1-2005.

CYNTHIA SLOAN, EXAMINING ATTORNEY