# EXHIBIT B

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,315,049
Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



TACORI ENTERPRISES (CALIFORNIA CORPORATION)
607 S. HILL ST.
SUITE 414
LOS ANGELES, CA 90014

FOR: JEWELRY, NAMELY, RINGS, BRACELETS, EARRINGS AND WEDDING BANDS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-1-1990; IN COMMERCE 3-1-1990.

OWNER OF U.S. REG. NO. 1,588,750.

SER. NO. 76-458,620, FILED 10-16-2002.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY